# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **VIRGIN RECORDS AMERICA, INC., et al.,** | ) ) ) | |
| Plaintiffs, | ) ) | 8:07CV90 |
| vs. | ) ) | ORDER |
| **NOEL SIPES,** | ) ) ) | |
| Defendant. | ) | |

For good cause shown,

IT IS ORDERED that plaintiffs' MOTION FOR EXTENSION OF TIME TO EFFECTUATE SERVICE [6] is granted. Plaintiffs are given until and including **October 3, 2007** to serve the defendant with the Summons and Complaint.

**DATED July 3, 2007.**

    BY THE COURT:

    s/ F.A. Gossett
    United States Magistrate Judge