IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VIRGIN RECORDS AMERICA, Inc., a California corporation, UMG RECORDINGS, Inc. A Delaware corporation, CAPITOL RECORDS, Inc., a Delaware corporation, SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, and ARISTA RECORDS, LLC, a Delaware limited liability company, | ) ) ) ) ) ) ) ) ) ) ) | CASE NO. 8:07CV90 ORDER OF DISMISSAL |
| Plaintiffs, | ) ) | |
| V. | ) ) | |
| NOEL SIPES, | ) ) | |
| Defendant. | ) | |

This matter is before the Court on the Plaintiffs' Notice of Dismissal. The Notice complies with the requirements of Fed. R. Civ. P. 41(a)(1)(i). Accordingly,

IT IS ORDERED:

1. The Notice of Dismissal (Filing No. 8) is approved;

2. The Complaint is dismissed without prejudice; and

3. The parties will pay their own costs and attorney fees.

DATED this 16th day of October, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge